UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RENE GONZALEZ AYALA

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

CIVIL NO. 05-1291(DRD)
re: Criminal 97-076(DRD)

<u>Section 2255</u>

# ORDER

| MOTION | RULING |
|---|---|
| Docket No. 1<br><br>Section 2255 Petition | After a careful review of the record as a whole, petitioner's pro se request for Section 2255 relief from his sentence pursuant to <u>United States v. Booker</u>, ___ U.S. ___, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) is hereby **DENIED**. Petitioner is not entitled to resentencing in light of <u>Booker</u>, whose holding does not apply retroactively. <u>Cirilo-Muñoz v. United States</u>, 404 F.3d 527 (1st Cir. 2005). In any event, as in <u>United States v. Flores-Seda</u>, ___ F.3d ___, 2005 WL 2170253, *4 (1st Cir. 2005), petitioner "has not established a reasonable probability that the court would impose a more favorable sentence under the advisory Guideline regime." Judgment shall enter accordingly and this case closed for all statistical purposes. |
| Docket No. 4<br><br>Response by USA | |

IT IS SO ORDERED.

Date: September 21, 2005.

                                        s/ Daniel R. Domínguez
                                        DANIEL R. DOMINGUEZ
                                        U.S. DISTRICT JUDGE